Daniel Sadeh, Esq.
**HALPER SADEH LLP**
375 Park Avenue, Suite 2607
New York, NY 10152
Telephone: (212) 763-0060
Facsimile: (646) 776-2600
Email: sadeh@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL DELIFUS,<br><br>       Plaintiff,<br><br>v.<br><br>RA PHARMACEUTICALS, INC., EDWARD MATHERS, ROBERT HEFT, TIMOTHY PEARSON, RAJEEV SHAH, AOIFE M. BRENNAN, BO CUMBO, and DOUGLAS TRECO,<br><br>       Defendants. | Case No: 1:19-cv-06776-KAM-CLP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Daniel Delifus hereby voluntarily dismisses the above-captioned action as moot. Defendants have not served an answer or a motion for summary judgment.

Dated: February 24, 2020                              Respectfully submitted,

                                                                            **HALPER SADEH LLP**

                                                                            By: /s/ Daniel Sadeh
                                                                            Daniel Sadeh, Esq.
                                                                            375 Park Avenue, Suite 2607
                                                                            New York, NY 10152
                                                                            Telephone: (212) 763-0060
                                                                            Facsimile: (646) 776-2600
                                                                            Email: sadeh@halpersadeh.com

                                                                            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Daniel Sadeh, hereby certify that on February 24, 2020, a true and correct copy of the annexed **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: February 24, 2020        /s/ Daniel Sadeh
                                                  Daniel Sadeh